394 A.2d 618

DeSantis et al., Appellants, et al. v. Johnson, et al.

DeSantis et al. v. Johnson, et al. (et al., Appellant).

Argued June 13, 1978.   Alexander A. DiSanti, for appellants at No. 269, and appellees at No. 329;  Stephen J. McEwen, Jr., for appellant at No. 329, and appellee at No. 269.

Order affirmed;  petition for reargument denied November 6, 1978.

JACOBS, P. J., did not participate in the consideration or decision of this case.